**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell (Bar No. 202091)
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

Attorneys for Plaintiff

# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LICEA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br> OVERSTOCK.COM, INC., a Delaware Corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:22-cv-01594-JLS-JLB <br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Date:     April 6, 2023 <br> Time:    1:30 p.m. <br> Courtroom: 4D <br> Judge:   Hon. Janis L. Sammartino |

1   Plaintiff Jose Licea hereby respectfully submits that, in connection with
2   Defendant's Motion to Dismiss that is *sub judice,* the Court take notice of a decision
3   issued by the United States District Court in the Central District of California on February
4   6, 2023, in *Byars v. The Goodyear Tire and Rubber Co., et al.,* Case No. 5:22-cv-01358-
5   SSS-KK. A true and correct copy of the decision is attached hereto as Exhibit A.

Dated: February 6, 2023                PACIFIC TRIAL ATTORNEYS, P.C.


                                       By: */s/ Scott J. Ferrell*
                                       Scott. J. Ferrell
                                       Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                          */s/Scott J. Ferrell*
                                          Scott J. Ferrell