**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell (Bar No. 202091)
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

Attorneys for Plaintiff

# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERSTOCK.COM, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:22-cv-01594-JLS-JLB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice that Plaintiff Jose Licea ("Plaintiff") respectfully requests dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *without prejudice* as to the Plaintiff's individual claims, and *without prejudice* as to the putative class.  No class has been certified and Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Respectfully submitted,

Dated:  March 15, 2023                    PACIFIC TRIAL ATTORNEYS, P.C.


By: */s/ Scott J. Ferrell*

Scott. J. Ferrell
Attorney for Plaintiff

PLAINTIFF'S NOTICE OF DISMISSAL                    3:22-cv-01594-JLS-JLB

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Scott J. Ferrell*
Scott J. Ferrell

CERTIFICATE OF SERVICE                                                      3:22-cv-01594-JLS-JLB